472 A.2d 231

Commonwealth ex rel. Sechler v. Sechler, Appellant.
Reargument Denied April 3, 1984.

Argued October 26, 1983.   David

Jeffrey Flower, for appellant; Jon Albert Barkman, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Order affirmed.